UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———————————

No. 13-4274

———————————

UNITED STATES OF AMERICA

v.

JOHN DOE,
Appellant

———————————

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Criminal Action No. 2-02-cr-00191-001)
District Judge: Honorable Donetta W. Ambrose

———————————

Before:    AMBRO, FUENTES, and ROTH, Circuit Judges

Appellee's Petition for Panel Rehearing.

Respectfully,
Clerk/mlr

_____ O R D E R _____

Appellant, John Doe, is hereby ordered to file an answer to the foregoing Petition for Panel Rehearing by 4:00 P.M., Tuesday, November 17, 2015.

The answer should address the argument that "[t]he panel's opinion relies on Rule 35(b) as a tool of procedure by which Doe may reach the District Court to seek a reduction in his 8-year mandatory term of supervision.  This reliance on Rule 35(b) is incorrect." *See* Petition for Rehearing at 11.  Specifically, the answer should address whether, if Doe successfully challenges his career offender status, the District Court, in imposing a new sentence, would be able to revisit the reduction it already granted under Rule 35(b) and increase it to include also a reduction in Doe's mandatory term of supervised release.

By the Court,

s/ Thomas L. Ambro, Circuit Judge

Dated:  November 5, 2015

cc:
Mr. Robert V Barth, Jr., Esq.
Rebecca R. Haywood, Esq.
Laura S. Irwin, Esq.
William C. Kaczynski, Esq.